# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVNAIA

KURT A. TOPFER,                     :
                                    :CIVIL ACTION NO. 3:18-CV-1181
    Plaintiff,               :
                                    :(JUDGE MARIANI)
    v.                       :(Magistrate Judge Mehalchick)
                                    :
EVELYNE RUETIMANN TOPFER,            :
                                    :
    Defendant.               :
                                    :

FILED
SCRANTON

AUG 0 9 2019

PER_____
DEPUTY CLERK

## ORDER

AND NOW, THIS _____9th_____ DAY OF AUGUST 2019, upon review of Magistrate

Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 14) for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons discussed therein;

2. Plaintiff's Motion for leave to proceed in forma pauperis (Doc. 2) is **GRANTED**;

3. Plaintiff's Complaint (Doc. 7) is **DISMISSED WITH PREJUDICE** as to all claims arising under federal law;

4. Pursuant to 28 U.S.C. § 1367(c), the Court **DECLINES TO EXERCISE JURISDICTION** over Plaintiff's claims arising under state law;

5. The Clerk of Court is directed to close this case.

Robert D. Mariani
United States District Judge